David WILES, Appellant,

v.

STATE of Missouri, Respondent.

No. 56617.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 23, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 14, 1990.

Application to Transfer Denied
April 17, 1990.

Cheryl Rafert, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals the denial of his second Rule 27.26 motion without an evidentiary hearing. We affirm. Movant has not sufficiently established why the grounds supporting his current motion could not have been included in his first *pro se* motion. Rule 27.26(d). The findings and conclusions of the motion court are not clearly erroneous. Rule 27.26(j). An extended opinion would serve no jurisprudential purpose. Rule 84.16(b).